UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WRONIE KIMBLE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-18-CV-00347-FM |
| COMPETITIVE EDGE RESEARCH & COMMUNICATION, INC., Individually and d/b/a COMPETITIVE EDGE RESEARCH & COMM., | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with "Stipulation of Dismissal" [ECF No. 14], filed August 23, 2019 by the parties, the court enters the following orders:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** that the Clerk of the Court is instructed to **CLOSE** the above-captioned cause.

**SO ORDERED**

SIGNED this 23 day of **August, 2019**

_____
**FRANK MONTALVO
UNITED STATES DISTRICT JUDGE**